UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs. ) | No. 23-cr-435-RBW |
| ) | |
| MICHEAL BRADLEY, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE

Defendant respectfully requests that the Court continue the trial date in this matter (currently set for July 22, 2024) until November 2024.  As the Defendant has previously informed the Court, Defendant's daughter was murdered in 2022, and Defendant has previously requested that his trial be scheduled after the trial of her killer, so that Defendant may attend that trial and support his family.  That case has now been scheduled for trial in the July 8, 2024, Term of the Superior Court for Henry County, Georgia, which will conclude in October 2024.  Thus, postponing trial in this case until November will allow the Defendant to attend the trial of his daughter's killer, and support his family.

In addition, Defendant was thrown from a horse in April 2024, aggravating a pre-existing back condition, and subjecting him to constant pain, which makes it difficult for Defendant to travel or to sit for extended periods of time.  Defendant is currently receiving treatment, but whether spinal fusion surgery is required will not be known until late July.  Defendant also injured his hand in this incident, and his doctor has scheduled surgery on it for July 19, 2024. Continuing Defendant's trial until November will permit Defendant to obtain medical care for his injuries.

1

FACTS

In January of this year, undersigned counsel informed the Court that Defendant's daughter was murdered in 2022, and that her killer is awaiting trial in Georgia state court. *See* Defendant's Consent Motion to Continue Status Conference and Request for Trail Date (Jan. 14, 2024) [ECF No. 20] at 1.  At that time, Defendant asked the Court to schedule trial in this matter in 2025, to permit him to attend the trial of his daughter's killer and support his family.  At that time, however, no trial date had been set in the murder case, and the Court scheduled trial for July 2024.

On May 29, 2024, however, the Superior Court for Henry County, Georgia set the murder trial for its July 8, 2024, calendar.  *See* Exh. A.  Trials on that calendar are scheduled to begin on July 8, 2024, September 9, 2024, September 23, 2024, and October 21, 2024.[1] *Id.* at 1.  Thus, that murder trial is scheduled to be completed by October 2024.  Continuing the trial until November would permit Defendant to attend the murder trial and support his family.

Continuing the trial until November would permit Defendant to obtain urgent medical care.  Defendant is a 50-year old man who has suffered from back pain for many years. Approximately 7 years ago, he was diagnosed with a compressed bulging disk and osteoarthritis.  *See* Exh. B at 2, 3.  In April 2024, Defendant was thrown from a horse, aggravating his condition, and subjecting him to constant pain.  He reports that his left arm and left buttock are numb, and that it is difficult for him to travel, or to sit for extended periods.

Defendant is currently under the care of an orthopedic surgeon, and may require spinal fusion surgery.  However, a magnetic resonance image ("MRI") is required to determine

---

[1] Criminal cases on that calendar are also subject to being called during that court's Civil Jury Trial Calendar for the week of August 19, 2024.  Exh. A at 1.

2

whether surgery is necessary, and Defendant's insurer will not authorize an MRI until Defendant has completed a 6-week course of physical therapy. Defendant has begun twice-weekly physical therapy, and will complete this course of treatment at the beginning of July.

If Defendant's condition is not remedied after he completes physical therapy, his doctor will order an MRI. Exh. B at 5. However, Defendant's insurer requires pre-authorization by its staff before an MRI may be performed, a process that can take up to 15 business days. Then, obtaining an MRI and results may take several additional days. Thus, Defendant's doctor will not be able to obtain an MRI, and to determine whether surgery is required, until late in July, and if surgery is required, it will likely not be scheduled before September 2024.

Defendant also suffered a rupture of the extensor tendon of his left index and middle finger. His doctor has scheduled surgery on his hand for July 19, 2024. *See* Exh. C.

## ARGUMENT

The decision whether to continue trial is committed to the Court's discretion. *United States v. Burton,* 584 F.2d 485, 489 (D.C. Cir. 1978). The factors to be considered in making that decision include the length of the requested delay; whether other continuances have been requested and granted; the balance of convenience or inconvenience to the litigants, witnesses, counsel, and the court, whether the requested delay is for legitimate reasons, or whether it is dilatory, purposeful, or contrived, and whether the defendant contributed to the circumstance which gives rise to the request for a continuance. *Id.* at 490-91.

In determining whether a defendant's physical condition makes a continuance appropriate:

> [T]he Court's goal is to "assess the degree to which a defendant's health might impair his participation in his defense," and to determine whether "the proceeding is likely to worsen the defendant's condition" or may result in risk to his health, and to balance that against "the public interest in bringing those accused of criminal misconduct promptly to account."

3

*United States v. Saltzman*, 153 F. Supp. 3d 245, 250 (D.D.C. 2016) (quoting *United States v. Brown*, 821 F.2d 986, 988 (4th Cir. 1987)).

Defendant respectfully submits that these factors weigh in favor of the continuance requested here. This would be the first continuance, and its duration – 4 months – would not be long, and would still result in this case being tried within a year of indictment. The reasons for the requested continuance – to permit Defendant to support his family during the trial of his daughter's killer, and to obtain necessary medical care – are legitimate. And the requested continuance is unlikely to cause significant inconvenience to any witness.

Furthermore, Defendant has been badly injured and is in pain. He has difficulty traveling and sitting for extended periods. And his medical providers have scheduled surgery on his hand on July 19, 2024 – only three days before trial is scheduled to begin – and are awaiting the opportunity to determine whether back surgery will be required this fall. His current condition, and his efforts to obtain medical treatment – including hand surgery scheduled three days before the scheduled start of trial – impair his participation in preparing his defense, and traveling to the District of Columbia and appearing for trial before he has been fully treated will be painful, and may risk worsening his condition.

In view of all these circumstances, Defendant respectfully requests that the Court continue trial until November 2024.

Date:  June 7, 2024					Respectfully submitted,


						_____/s/ Paul F. Enzinna_____
						Ellerman Enzinna Levy PLLC
						1050 30th Street, NW
						Washington, DC 20007
						202.753.5553
						penzinna@eellaw.com


						*Counsel for Defendant Micheal Bradley*

5