UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-435 (RBW) |
| : | |
| MICHAEL BRADLEY, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE START TIME OF
TRIAL ON AUGUST 26, 2024**

The United States of America hereby moves this Court to continue the scheduled start time of the bench trial set for August 26, 2024 from 9:30 AM to 10:30 AM. In support of its motion, the government represents:

1. On June 26, 2024, the Court set the instant case for a jury trial beginning at 9:30 AM on Monday, August 26, 2024. ECF No. 57.

2. On August 19, 2024, the Defendant filed a notice of his waiver of his right to trial by jury and his desire to be tried by the Court. ECF No. 59. In response, the Court converted the scheduled trial to a bench trial beginning at 9:30 AM on August 26, 2024. ECF No. 60.

3. In email correspondence with the Courtroom Deputy for this matter on August 19, 2024, the government estimated that its case presentation will require 1.5 to 2 days in total, while the Defendant, through counsel, estimated the defense case will take less than half a day to present.

4. Government counsel's oldest child begins his first day of kindergarten at his new elementary school on the morning of Monday, August 26, 2024, with drop off for new students scheduled for 8:30 AM.

1

5. On August 19, 2024, defense counsel confirmed, via email, that the defense would not oppose starting the scheduled bench trial at 10:30 AM on August 26, 2024, in order to allow government counsel to drop his son off at his first day of school.

6. Therefore, the government requests that the Court delay the scheduled start of the bench trial in the instant case from 9:30 AM to 10:30 AM on August 26, 2024.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    DC Bar No. 481052

By:    */s/ Samuel White*
        Samuel White
        Assistant United States Attorney
        N.C. Bar No. 44908
        601 D. St NW
        Washington, DC 20001
        202-431-4453
        samuel.white@usdoj.gov