## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 23-435 (RBW) |
| | ) |
| MICHAEL BRADLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

In accordance with the oral rulings issued by the Court during the bench trial held on August 28, 2024, it is hereby

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count One of the Indictment. See 18 U.S.C. § 231(a)(3). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Two of the Indictment. See 18 U.S.C. §§ 111(a)(1) and (b). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Three of the Indictment. See 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Four of the Indictment. See 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Five of the Indictment. See 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Six of the Indictment. See 40 U.S.C. § 5104(e)(2)(D). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Seven of the Indictment. See 40 U.S.C. § 5104(e)(2)(F).

**SO ORDERED** this 29th day of August, 2024.

REGGIE B. WALTON
United States District Judge