UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 23-cr-435 (RBW) |
| MICHAEL BRADLEY, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY AND TO CONTINUE THE SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Michael Bradley's motion for release from custody and to continue his sentencing, ECF 77 and 78. Defendant hinges his arguments on Donald Trump's re-election and the government's unopposed motion to vacate the briefing schedule in *United States v. Donald Trump*, 23-cr-257 (TSC). President Trump's re-election and the government's motion in a separate criminal matter should have no effect on the timeline in this case, nor should it affect the Defendant's release status.

Bradley Should be Sentenced on December 17, 2024

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. Other courts in this District have done the same. *See, e.g., United States v. Jaimee Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Nicholas Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.,* No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue

1

trial based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency). Bradley's citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id*., ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id*., is not similarly implicated in this case, where Bradley is a private citizen.

## Bradley Should not be Released Pending Sentencing

In support of his motion, Bradley cites 18 U.S.C. §3143(a)(2). ECF 77-1 at 5. That provision requires the Court to detain a defendant convicted of certain offenses, including the crime of violence for which Bradley has been convicted, but includes an exception, where "the judicial officer finds there is a substantial likelihood that a motion for acquittal or new trial will be granted." 18 U.S.C. §3143(a)(2)(A)(i). A presidential pardon is not listed as an exception. As such, nothing has changed since the Court detained the Defendant after finding guilty of a violent offense.

## **CONCLUSION**

The government requests that this Court deny the Defendant's motions, that the Defendant remain incarcerated pending sentencing, and that the sentencing proceed as scheduled on December 17, 2024.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:   */s/ Alexandra F. Foster*
Alexandra Foster, DC Bar No. 470096
Samuel White, NC Bar No. 44908

2

                                                          Assistant United States Attorneys  
                                                          United States Attorney's Office  
                                                          601 D Street, NW  
                                                          Washington, DC 20530  
                                                          Phone: (619) 546-6735  
                                                          Alexandra. Foster@usdoj.gov