UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs. ) | No. 23-cr-435-RBW |
| ) | |
| MICHEAL BRADLEY, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

Now comes Paul F. Enzinna, counsel for Defendant Micheal Bradley, and respectfully requests leave of Court to withdraw as counsel. In support of this request, counsel states as follows:

1. Undersigned counsel was appointed to represent Defendant in this matter pursuant to the Criminal Justice Act.

2. On August 28, 2024, following a 3-day bench trial, the Court found Defendant guilty on all counts.

3. On December 17, 2024, the Court sentenced Defendant to concurrent terms of incarceration of Sixty (60) Months as to each of Counts 1, 2, 3, 4, and 5, and Six (6) Months as to each of Counts 6 and 7, followed by a concurrent term of Supervised Release for Three (3) Years as to each of Counts 1, 2, 3, 4, and 5.

4. The Court entered judgment on December 20, 2024, and on December 26, 2024, undersigned counsel filed a Notice of Appeal on behalf of Defendant.

5. Counsel is retiring from the practice of law, and has so informed Defendant. Counsel has advised Defendant of his intent to file this Motion for Leave to Withdraw, and has served a copy of it on Defendant at his last known address. *See* Local Rule 44.5.

Date:  December 26, 2024                    Respectfully submitted,


                                                    /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Micheal Bradley*

## CERTIFICATE OF SERVICE

I certify that on December 26, 2024, a copy of the foregoing Motion for Leave to Withdraw as Counsel for Defendant was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record. A copy was also served on Defendant by United States Mail at his last known address.

Respectfully submitted,

_____/s/_____
Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Micheal Bradley*